EDWARD C. BADEAU, Respondent, v. CHARLES R. LEONARD and Others, Defendants, Impleaded with EDGAR W. LEONARD and Another, Appellants. (Appeal No. 1.) — Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion for examination granted as to the items contained in the notice except items numbered 1 to 5, inclusive, and subdivisions B to M of item 11, inclusive, as to which the motion is denied. We are of opinion that the examination of the plaintiff's assignor as limited is necessary and that the motion was made in good faith. There is no proof that the plaintiff's assignor will be inconvenienced by reason of the examination. The examination will proceed at a time to be specified in the order. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur. Settle order on notice.

EDWARD C. BADEAU, Respondent, v. CHARLES R. LEONARD and Others, Defendants, Impleaded with EDGAR W. LEONARD and Another, Appellants. (Appeal No. 2.) — Order in so far as appealed from modified by allowing item No. 5, and as so modified affirmed, without costs. We are of opinion that the defendants are entitled to know the numbers of the certificates of the original shares of common stock of the Horn Company claimed to have been purchased by the plaintiff's assignor on or about the 28th day of November, 1928. The plaintiff is directed

to serve the particulars within five days from the entry of the order herein. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.